

# Fourth Court of Appeals
## San Antonio, Texas

September 3, 2015

No. 04-14-00915-CR

Adan **FLORES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2014CRS000311-D1
Honorable Jose A. Lopez, Judge Presiding

## O R D E R

The State's motion to file the attached "supplemental citations" in this case is GRANTED.

_Rebeca C. Martinez_
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of September, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court